1 | MARIA C. ROBERTS, State Bar No. 137907
  | RONALD R. GIUSSO, State Bar No. 184483
2 | SHEA STOKES, A LAW CORPORATION
  | 510 MARKET STREET, THIRD FLOOR
3 | SAN DIEGO, CALIFORNIA 92101-7025
  | TELEPHONE:   (619) 232-4261
4 | FACSIMILE:   (619) 232-4840

FILED
2007 APR -3  AM 11:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

5 | Attorneys for *Specially Appearing* Defendant HARRAH'S OPERATING COMPANY, INC.

8   UNITED STATES DISTRICT COURT

9   SOUTHERN DISTRICT OF CALIFORNIA

By Fax

| | |
|---|---|
| STRATCAP INVESTMENTS, INC., a Delaware corporation, and RONALD YORK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARRAH'S OPERATING COMPANY, INC., a Nevada corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 07 CV 0249 BTM AJB<br><br>Action Date:  February 7, 2007<br>Judge:        Barry T. Moskowitz<br>Dept.:        15<br><br>JOINT MOTION AND [~~PROPOSED~~] ORDER TO CONTINUE DEADLINE FOR *SPECIALLY APPEARING* DEFENDANT HARRAH'S OPERATING COMPANY, INC.'S RESPONSIVE PLEADING |

   Plaintiffs, Stratcap Investments, Inc. and Ronald York, by and through their attorneys, Christopher R. Milton, and Harrah's Operating Company, Inc., through its attorneys Shea Stokes, ALC, hereby stipulate as follows:

   1.   Plaintiffs filed this action on February 7, 2007. In this Stipulation, the parties seek the Court's approval of the parties' agreement to extend the date for Harrah's Operating Company to file a responsive pleading.

///
///
///

S0072667.DOC

CASE NO. 07 CV 0249 BTM AJB

2. The primary reason for this continuance is defense counsel Shea Stokes, ALC's recent retention and its need to investigate Plaintiffs' allegations to answer or otherwise respond to Plaintiffs' complaint.

IT IS HEREBY STIPULATED as follows:

1. The date for Harrah's Operating Company, Inc. to file its responsive pleadings shall be extended by fourteen (14) days. The responsive pleading shall be due on or before April 16, 2007.

LAW OFFICES OF CHRISTOPHER R. MILTON

Dated: March 27, 2007

By: _____
Christopher R. Milton
Attorneys for Plaintiffs
Stratcap Investments, Inc. and Ronald York

SHEA STOKES, ALC

Dated: March 27, 2007

By: _____
Maria C. Roberts
Ronald R. Giusso
Attorneys for *Specially Appearing* Defendant
HARRAH'S OPERATING COMPANY, INC.

///
///
///
///
///
///

## ORDER

Good cause appearing and upon stipulation of the parties, the agreed-to-date for *Specially Appearing* Defendant to file its responsive pleading is ordered continued to April 16, 2007.

Dated: April 1, 2007

HONORABLE BARRY T. MOSKOWITZ
United States District Judge